922 A.2d 890

**COMMONWEALTH ex. rel. Willie M. WILLIAMS, Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 31, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.